IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA L. LUKE,

    Plaintiff,

v.              Case No.: 3:18-CV-00536

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will proceed through the sequential disability evaluation process as appropriate and issue a new decision. Additionally, the ALJ will evaluate fibromyalgia pursuant to SSR 12-2p, further evaluate the opinion evidence, further evaluate the claimant's residual functional capacity, further evaluate the claimant's subjective allegations in accordance with SSR 16-3p, and if warranted, obtain additional evidence from a vocational expert.

SO ORDERED this 13th day of March, 2019.

Barbara B. Crabb
~~Honorable Peter A. Oppeneer~~
United States ~~Magistrate Judge~~ District Judge